# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,    )
                              )
        Plaintiff,    )
                              )       Case No. 1:23-CR-390-RMR
        v.    )
                              )
SUZANNE B. THOMPSON,    )
                              )
        Defendant.    )

---

### DEFENDANT SUZANNE B. THOMPSON'S MOTION FOR REMOTE APPEARANCE ON MAY 28, 2025 HEARING

---

Suzanne B. Thompson, by and through her attorney Evan J. Davis, hereby moves for her undersigned counsel to be excused from appearing at the May 28, 2025, detention hearing regarding defendant Timothy McPhee (Docket No. 222), and, if he chooses to appear despite being excused, that the Court permit him to appear by videoconference link. Counsel respectfully requests to be excused from appearing, as it appears his client has no interest in the outcome of the detention hearing. He requests a remote appearance, if he chooses to appear notwithstanding having been excused, to better conserve client resources, given that counsel is based in California and Ms. Thompson resides in Colorado.

/ / /

/ / /

7919021_1

Dated: May 23, 2025

Respectfully submitted,

/s/ Evan J. Davis
EVAN J. DAVIS

HOCHMAN SALKIN TOSCHER
PEREZ P.C.
9100 Wilshire Blvd., Suite 900-W
Beverly Hills, CA 90212
Phone: (310) 281-3200
Fax: (310) 859-5112
Email: Davis@taxlitigator.com

Attorney for Defendant
Suzanne B. Thompson